**UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH DAKOTA**

**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KENDALL ELK LOOKS BACK,**<br><br>**Defendant.** | **3:26-CR-30004-ECS**<br><br>**REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS STATEMENTS AND DNA EVIDENCE** |

The Court held an evidentiary hearing on Kendall Elk Looks Back's motion to suppress[1] on July 29, 2026. Five working days later, the Court announced its recommendation that his motion be granted in part and denied in part.[2] This report memorializes that recommendation as stated in the Court's bench decision.

## NOTICE

The parties consented to a seven-calendar day objection period[3] (agreeing to cut the prescribed two-week time[4]) to keep the case on track for trial. They thus have seven days after the filing of the bench decision transcript to object to the report and recommendation. Unless an extension of time for cause is later obtained[5], failure to file

[1] Dkt. No. 28.
[2] Dkt. No. 38.
[3] Dkt. No. 35 at 75-76.
[4] *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).
[5]*See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990); *Nash v. Black*, 781 F.2d at 665, 667 & n.3 (8th Cir. 1986) (citing *Thomas v. Arn*, 474 U.S. 140, 155(1985)).

timely objections will result in the waiver of the right to appeal questions of fact[6]. Objections must "identify[] those issues on which further review is desired."[7]

DATED this 5th day of August, 2026.

**BY THE COURT:**



**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

[6] *See Thompson*, 897 F.2d at 357; *Nash*, 781 F.2d at 667.
[7] *Arn*, 474 U.S. at 155.